# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SPORTBRAIN HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br> Defendant. | Civil Action No. 2:13-cv-00001-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
## AND FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(d), Steven W. Ritcheson, Joseph C. Gabaeff and M. Blair Clinton, attorneys of record in the above-styled and numbered cause, respectfully move to withdraw as counsel for Plaintiff Sportbrain Holdings Inc., and terminate CM/ECF notices.

The withdrawal of said counsel from this matter will not impose delay of the case or prejudice to either party. Following the withdrawal, Black, Chang & Hamill, LLP will continue to provide representation to Plaintiff. Defendant does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion and permit Steven W. Ritcheson, Joseph C. Gabaeff, M. Blair Clinton and Heninger Garrison Davis, LLC, to withdraw from the instant action.

Dated: May 17, 2013                          Respectfully submitted,

/s/ M. Blair Clinton_____
M. Blair Clinton
*Admitted Pro Hac Vice*
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35202
Telephone: (205) 327-9116
Facsimile: (205) 380-8082
Email: bclinton@hgdlawfirm.com

Steven W. Ritcheson, *Admitted Pro Hac Vice*
Joseph C. Gabaeff, *Admitted Pro Hac Vice*
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone:  (818) 882-1030
Facsimile:  (205) 326-3332
Email: switcheson@hgdlawfirm.com
Email: jgabaeff@hgdlawfirm.com

Andrew G. Hamill
*Admitted Pro Hac vice*
**BLACK CHANG & HAMILL LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 813-6210
Facsimile: (415) 813-6222
Email: ahamill@bchllp.com

*Attorneys for Plaintiff*
*Sportbrain Holdings Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of May, 2013.

*/s/ M. Blair Clinton*
M. Blair Clinton

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Sportbrain Holdings complied with the meet and confer requirement outlined in Local Rule CV-7(h) and counsel for Defendant indicates they are not in opposition of this motion.

*/s/ M. Blair Clinton*
M. Blair Clinton