# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SPORTBRAIN HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br> Defendant. | Civil Action No. 2:13-cv-00001-JRG-RSP |

## ORDER GRANTING SPORTBRAIN HOLDINGS INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is Plaintiff Sportbrain Holdings Inc.'s Unopposed Motion to Withdrawal as Counsel for Steven W. Ritcheson, Joseph C. Gabaeff, and M. Blair Clinton. The Motion is GRANTED.

IT IS ORDERED that Steven W. Ritcheson, Joseph C. Gabaeff, and M. Blair Clinton are withdrawn as counsel for Plaintiff Sportbrain Holdings Inc. in this matter, and will no longer receive CM/ECF notices.

**SIGNED this 20th day of May, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE