**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SPORTBRAIN HOLDINGS INC.,** | ) |
| | ) |
| Plaintiff, | ) Civil Action 2:13-cv-001-JRG-RSP |
| | ) |
| v. | ) |
| | ) |
| **NIKE, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Stipulated Dismissal of all claims and counterclaims asserted between Plaintiff SportBrain Holdings Inc. and Defendant Nike, Inc. is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, and all counterclaims asserted by Defendant against Plaintiff are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 2nd day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE